IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 22 2024
MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:24-CR-00546-001 KWR |
| ORLYN G. VIGIL, | § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S OPPPOSED
## MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER is before the Court on Orlyn G. Vigil's, opposed motion to modify conditions of release. The Court, having reviewed the motion, and noting that the United States and the Probation Office oppose the motion, finds that the motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED:

Orlyn G. Vigil's conditions of release are modified to release him to the third-party custody of his sister, Orlana Vigil, and reside at the Aunts' house in Dulce, New Mexico and participate in the Jicarilla drug treatment/anger management programs. All contact with the wife will go thru the Pretrial Services Office. Defendant will participate in the SCRAM alcohol testing system. All previously ordered conditions and standard conditions shall remain in place.

_____
UNITED STATES MAGISTRATE JUDGE

1